UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ELCHIN NATIG SADIGOV,<br><br>Plaintiff,<br><br>v.<br><br>MERRICK GARLAND, ET AL.,<br><br>Defendants. | No. CV 22-4304 PA (MARx)<br><br>**ORDER DISMISSING CASE**<br><br>Percy Anderson<br>United States District Judge |

Having read and considered the parties' Joint Stipulation to Dismiss the Case, and finding good cause therefor, IT IS HEREBY ORDERED that:

1. The above captioned action is DISMISSED without prejudice;
2. USCIS agrees to interview Plaintiff on October 7, 2022 at 6:45 a.m.;
3. Defendants agree to diligently work towards completing adjudication of Plaintiff's I-589 Application for Asylum and Withholding of Removal, within 120 days of the completion of Plaintiff's interview, absent unforeseen or exceptional circumstances that would require additional time to complete adjudication;
4. In the event that adjudication is not completed within 120 days of the completion of the interview, Plaintiff may refile this action;
5. Plaintiff agrees to submit all supplemental documents and evidence, if any, to USCIS seven (7) to ten (10) days prior to the agreed upon scheduled interview. Plaintiff recognizes that failure to submit these documents seven (7) to ten (10) days prior to the interview may result in the interview being rescheduled at no fault of USCIS;
6. Each party agrees to bear his, her or its own litigation costs and attorney fees.

Dated: August 9, 2022

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE